**KAMING & KAMING**
Attorneys At Law
156 East 65th Street
New York, NY 10065
_____

Telephone  (212) 535-0245
Facsimile   (212) 988-5479

March 30, 2010

<u>VIA ECF</u>

Honorable Joan M. Azrack
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:  Local #46 Metallic Lathers Union, et al. v.
            Aggregates Plus Ltd. and Liberty Mutual Insurance Company
            CV-09-2615 (BMC) and
            Cement and Concrete Workers Funds, et al. v. Aggregates
            Plus Ltd., et al.
            **REQUEST FOR ADJOURNMENT OF APRIL 6, 2010,
            12:00 P.M. CONFERENCE**

Dear Judge Azrack:

      We represent the consolidated Plaintiffs in this action, the Metallic Lathers Local #46 Funds and Union and the Cement and Concrete Workers Funds and Union.

      This matter is scheduled for an initial conference on April 6, 2010 at 12:00 p.m. Plaintiffsø respectfully request an adjournment of this date.  We have consulted with the attorneys for Aggregates Plus Ltd. and Liberty Mutual Insurance Company regarding this adjournment and the date of April 20, 2010, at any time, seems to be a mutually convenient date for the attorneys.  If the Court consents to an adjourned date, we would appreciate the date of April 20, 2010, or as otherwise selected by the Court.

      Thank you for your consideration of this request.

                                                        Respectfully,

                                                         /s/
                                                    JOSEPH S. KAMING

JSK:jm

cc.: Neil B. Galfunt, Esq., Attorney for Defendant Aggregates Plus, Ltd.
     John S. Wojak, Jr., Attorney for Liberty Mutual Insurance Company