# MINUTE ENTRY

**Docket & File**

| | |
|---|---|
| JOAN M. AZRACK, USMJ | DATE: 4/21/10 |
| DOCKET: 09-cv-2615 (JMA) | CASE: Local 46 Funds v. Aggregates Plus et al |
| DOCKET: 09-cv-2616 (JMA) | CASE: Cement & Concrete Workers Funds v. Aggregates Plus et al |

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____

Oral motion for _____ by _____

☐ TELEPHONE     ☒ IN-PERSON

**CIVIL CAUSE FOR:**

☒ INITIAL CONF.   ☐ STATUS CONF.   ☐ SETTLEMENT CONF.   ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court: ☒ 15   ☐ 30   ☐ 45   ☐ 60   ☐ Other:

FOR PLAINTIFF: Joseph Kaming (Local 46 Funds and Cement + Concrete Wrs Funds)

FOR DEFENDANT: Neil Galfunt (Aggregate Plus)
John Wojak (Liberty Mutual)

☒ *Docket Clerks are directed to enter the following Discovery Order(s):*

Telep conf re status

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*

☒ Next conference on 6/22/10 11:15   ☒ Telephone   ☐ In-Person

☐ Pre-Trial Order by _____