MINUTE ENTRY

Docket & File

JOAN M. AZRACK, USMJ          DATE: ___5/10/11___

DOCKET: ___09-CV-2615 (JMA)___   CASE: __Local 46 Funds v. Aggregates Plus, et al__
DOCKET: ___09-CV-2616 (JMA)___   CASE: __Cement & Concrete Workers Funds v. Aggregates Plu__

> ❑ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*
>
> Oral motion for _____ by _____
>
> Oral motion for _____ by _____

☑ TELEPHONE          ❑ IN-PERSON

CIVIL CAUSE FOR:

❑ INITIAL CONF.     ☑ STATUS CONF.     ❑ SETTLEMENT CONF.     ❑ DISCOVERY CONF.

❑ OTHER: _____

Time in court: ❑ 15     ❑ 30     ❑ 45     ❑ 60     ❑ Other: _____

FOR PLAINTIFF: ___Joseph Kaming___

FOR DEFENDANT: ___Neil Galfust, (Aggregates)___

❑ *Docket Clerks are directed to enter the following Discovery Order(s):*

Settlement disc
ongoing.

❑ *Docket Clerks are directed to enter the following Scheduling Order(s):*

❑ Next conference on __6/9/11  1030__   ❑ Telephone   ❑ In-Person

❑ Pre-Trial Order by _____