KAMING & KAMING
Attorneys At Law
156 East  Street
New York, NY 10065
_____

Telephone  (212) 535-0245
Facsimile   (212) 988-5479

October 31, 2011

Honorable Joan M. Azrack
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:  Local #46 Funds, et al v Aggregates Plus Ltd., et al
            09-CV-2615 (JMA)
              and
            Cement and Concrete Workers, et al. v. Aggregates Plus Ltd., et al.
            09-CV-2616 (JMA)

Dear Judge Azrack:

      We represent the Plaintiffs in the above captioned matters.  The Court requested in our telephone conference of  September 14, 2011, that we apprise the Court if this matter has not been settled.  The question of the settlement related solely to the Defendant Aggregates Plus Ltd. (Aggregates) selling certain equipment and applying the receipts of payment to the resolution of this matter.  We have not been advised by the attorney for Aggregates that the necessary transactions have been completed to resolve this matter.  We have sent Aggregates a form of settlement agreement and we understand that the bonding company is awaiting information from the attorney for Aggregates.  We believe this matter will be settled as the Court was previously advised.

      We respectfully request that this matter be scheduled for the submission of a status letter the first week of December, 2011 which will advise the Court of the status of this matter and hopefully its conclusion.

      Thank you for your attention to this letter.

                Respectfully,

                 /s/
               JOSEPH S. KAMING

JSK:jm

cc:  Neil Galfunt, Esq.
     John Wojak, Esq.