**ALIZIO & GALFUNT, LLP**
ATTORNEYS AT LAW
1551 FRANKLIN AVENUE
SECOND FLOOR
MINEOLA, NEW YORK 11501

TEL NO. (516) 203-3950
FAX NO. (516) 203-3960

June 28, 2012

Honorable Joan M. Azrack
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Local #46 Metallic Lathers Union and Reinforcing Iron Workers Welfare Trust et. al. v. Aggregates Plus, Ltd et al.
Case No. CV 09-2615 (JMA)

Cement and Concrete Workers et. al. v. Aggregates Plus Ltd. et. al.
Case No. CV 09-2616 (JMA)

Dear Judge Azrack,

We represent the defendant Aggregates Plus, Ltd. in the above entitled actions. I submit this letter pursuant to your Order dated June 14, 2012, with consent of opposing counsel.

The parties have continued settlement negotiations and have agreed on the structure of the settlement and Liberty Mutual has agreed in principle with the plaintiffs on the actual terms of settlement.

I respectfully request an adjournment of this matter to the week of August 5, 2012, if that week is acceptable to the Court, for the purposes of a conference with the Court attended by counsel for the parties at the courthouse unless this matter is settled by stipulation prior to the selected date.

Thank you for your consideration in this matter.

Sincerely,

NEIL B. GALFUNT, ESQ.

Via Electronic Filing

cc:   Joseph S. Kaming, Esq.
      John S. Wojak, Esq.